**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YOLANDA BELL,                                :
                                             :
                          Plaintiff,         :
          v.                                 :          Civil Action No. 16-0959 (RC)
                                             :
DEPARTMENT OF DEFENSE,                        :
                                             :
                          Defendant.         :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

     **ORDERED** that Defendant's Motion for Summary Judgment [16] is **GRANTED**, and it

is further

     **ORDERED** that Plaintiff's *Ex Parte* Letter [35], and the relief requested therein, is

**DENIED**, and it is further,

     **ORDERED** that Plaintiff's Motion to Amend [30] is **DENIED**.

     **SO ORDERED.**


                               _____/s/_____
                               RUDOLPH CONTRERAS

Date:  September 27, 2018                         United States District Judge